1050

[No. 49074-5-I.   Division One.   December 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK WADE KNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01730-2, Larry E. McKeeman, J., entered August 3, 2001. *Reversed* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Ellington, J.

[No. 49567-4-I.   Division One.   December 2, 2002.]

*In the Matter of the Marriage of* JEANNE FRANCES MCKELVY, *Respondent*, and WILLIAM RUSH MCKELVY, JR., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 98-3-01654-3, Dale B. Ramerman, J., entered September 28, October 11, and November 13, 2001. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Coleman and Grosse, JJ.

[No. 49627-1-I.   Division One.   December 2, 2002.]

MOHAMED AHMED, *Appellant*, v. PARADISE LAKES COUNTRY CLUB, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-2-00398-1, Steven J. Mura, J., entered November 9, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49808-8-I.   Division One.   December 2, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. A.V., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-00880-5, Nicole MacInnes, J., entered December 3, 2001. *Affirmed* by unpublished per curiam opinion.